# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE: )
)
    MESHA WEAVER, ) NO: 06-30200
) Chapter 13
    Debtor. )

## RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY ONE STOP AUTOMOTIVE

Comes now the Debtor and would hereby respond to the Motion for Relief from Stay filed by One Stop Automotive, by averring that the documents referenced in the Motion filed by One Stop Automotive are actual documents signed by the parties. However, the Stay should remain in effect as it is a legal question as to whether the possession of the car given to the debtor and the $3,500.00 down payment that Debtor made on the motor vehicle that was given to the creditor, One Stop Automotive, gives the Debtor the right to remain in possession of the motor vehicle.

WHEREFORE, the Debtor would pray that the Stay remain in effect with respect to One Stop Automotive.

Respectfully submitted,

/s/ Richard M. Mayer, #5534
Attorney for Debtor
1111 Northshore Drive
STE S-570
Knoxville, TN  37919
(865) 588-5111
richardmayer@richardmayer.com

Dated:  March 8, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Response to Motion by One Stop Automotive for Relief from Stay has been forwarded to the following by US Mail and/or ECF:

Gwendolyn Kerney
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN  37901

Patricia Foster, Attorney for Trustee
Suite 1010, First TN Plaza
800 S. Gay Street
Knoxville, TN 37929

Mr. M. Edward Owens, Jr., Esquire
Lewis, King, Krieg & Waldrop PC
620 Market Street, 5th Floor
PO Box 2425
Knoxville, TN  37901-2425

/s/ Richard M. Mayer, #5534
Attorney at Law

Dated:  March 8, 2006